**DISMISS and Opinion Filed May 10, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00126-CV**

**MEDICAL HYPERBARICS, INC., Appellant**

**V.**

**NASHIR KARMALI, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17604**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss the appeal because it no longer wishes to pursue the same. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220126F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MEDICAL HYPERBARICS, INC.,
Appellant

No. 05-22-00126-CV     V.

NASHIR KARMALI, Appellee

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-17604.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee NASHIR KARMALI recover his costs of this appeal from appellant MEDICAL HYPERBARICS, INC.

Judgment entered May 10, 2022

–2–